UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                              CIVIL ACTION NO

UNITED CONSUMERS, INC.

Defendant.                        JUNE 9, 2014

## COMPLAINT

Plaintiff, sues Defendant a non-licensed collection agency doing business Maryland and alleges:

## I. PRELIMINARY STATEMENT

1. This is an action brought pursuant to 15 D.S.C. § 1692, *et sequi,* known more commonly as the "Fair Debt Collection Practices Act" ("FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices, Maryland Collection Agency Act 7-101.

## II. JURISDICTION

2. The jurisdiction of this Court arises under 15 U.S.C. §1692k and 28 U.S.C. §1337.

## III. ALLEGATIONS AS TO PARTIES

3. Plaintiff is a resident of Silver Springs, Maryland.
4. At all times material hereto, Defendant, ("Collection Agency), was licensed as a collection agency as required by the Maryland Department of Financial Regulation.
5. At all times material hereto, Defendant was doing business in Maryland.
6. At all times material hereto, Defendant, was acting like a licensed collection agency

with a principal place of business at 14205 TELEGRAPH ROAD WOODBRIDGE, VA 22192.

7. Defendant is or was engaged in the collection of debts from consumers using the mail and telephone. Defendant regularly attempted to collect consumer debts alleged to be due to another in the State of Maryland.

## IV. FACTUAL ALLEGATIONS

8. Defendant is the agent for Radley Acura and regularly collected or attempted to collect monies from consumers for delinquent or alleged delinquent personal debt.

9. On or about May 14, 2014, Defendant communicated with the Plaintiff for the purpose of collecting monies for an alleged delinquent account with a car dealership purportedly owed by plaintiff to the creditor Radley Acura.

## V. DEFENDANTS' PRACTICES

10. It is or was the policy and practice of Defendant to communicate with Maryland consumers in a manner which was reasonably calculated to confuse or frustrate, or mislead MD consumers in violation of the FDCPA §1692e.

11. Defendant communicated with the Plaintiff and attempted to collect this alleged debt.

12. Defendant advised the Plaintiff, that if she disputed the alleged debt, that Defendant would send the account to an attorney.

13. Defendant through a collection agent advised the Plaintiff that she was required to provide the following information to him, were she worked; her home number and cell phone number.

14. Plaintiff advised the Defendant that she would not provide her work information or telephone numbers.

15. Defendant intentionally lied to the Plaintiff and advised her that she was required to by "Public Law 105-9."

## VI. ALLEGATIONS OF LAW

### A. General

16. At all times material hereto, plaintiff was a "consumer" as said term is defined under 15 U.S.C. §1692a (3).

17. At all times material hereto, the car dealership "Radley Acura", represented by Defendant was a "creditor" as said term is defined under 15 U.S.C. §1692a (4).

18. At all times material hereto, the amount purportedly owed to the car dealership represented by Defendant was a "debt" as said term is defined under 15 U.S.C. §1692a (5).

### A. Unlawful Claim

19. With respect to the attempt by Defendant to collect the alleged debt as more particularly described above, the conduct of Defendant violated the FDCPA, including but not limited to:

    a. the use of false representations, deceptive or misleading representations or means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692e and

    b. the use of unfair or unconscionable means to collect or attempt to collect a debt in violation of 15 U.S.C. §1692f.

    c. failing to advise the plaintiff (consumer debtor) that this was a communication from a debt collector, this was an attempt to collect a debt.

20. As a result of Defendant's' conduct, Plaintiff is entitled to an award of actual and statutory damages pursuant to 15 U.S.C. §1692k.

21. Plaintiff is entitled to an award of costs and attorneys fees pursuant to 15 U.S.C. § 1692k.

**WHEREFORE**, Plaintiff, an individual, requests judgment be entered in her favor against Defendant for:

1. Actual and statutory damages pursuant to 15 U.S.C. §1692k;
2. An award of costs and attorney's fees pursuant to 15 U.S.C. § 1692k; and
3. Such other and further relief as the Court may deem just and equitable.

**DEMAND FOR JURY TRIAL**

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 440-6372
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

*CERTIFICATION*

I hereby certify that on 6/9/14 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy