UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                   CIVIL ACTION NO
                                       1:14-cv-01845-RDB

UNITED CONSUMERS, INC.

    Defendant.               JULY 3, 1014

## NOTICVE OF SETTLEMENT

The Plaintiff has reached a settlement with the Defendant.

Plaintiff asks the Court Pursuant to Local Rule 111.11 to Dismiss the above captioned matter.

                                                         THE PLAINTIFF

                                                         BY/S/Bernard T. Kennedy
                                                         Bernard T. Kennedy, Esquire
                                                         The Kennedy Law Firm
                                                         Mitchells Chance Road
                                                         Suite #244
                                                         Edgewater, MD 21037
                                                         Ph   (443) 607-8901
                                                         Fax (443) 440-6372
                                                         Fed. Bar # Md26843
                                                         bernardtkennedy@yahoo.com

*CERTIFICATION*

I hereby certify that on 7/3/14 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy