UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                  CIVIL ACTION NO
                                      1:14-cv-01845-RDB

UNITED CONSUMERS, INC.

    Defendant.              JULY 3, 1014

### NOTICVE OF SETTLEMENT

The Plaintiff has reached a settlement with the Defendant.

Plaintiff asks the Court Pursuant to Local Rule 111.11 to Dismiss the above captioned matter.

                                                      THE PLAINTIFF

                                                      BY/S/Bernard T. Kennedy
                                                    Bernard T. Kennedy, Esquire
                                                    The Kennedy Law Firm
                                                    Mitchells Chance Road
                                                    Suite #244
                                                    Edgewater, MD 21037
                                                    Ph  (443) 607-8901
                                                    Fax (443) 440-6372
                                                    Fed. Bar # Md26843
                                                    bernardtkennedy@yahoo.com

**Request GRANTED this 7th Day of July 2014**

*/s/ Richard D. Bennett*
Richard D. Bennett
**United States District Judge**