UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA WHITAKER

    Plaintiff,

V.                                               CIVIL ACTION NO
                                                1:14-cv-01845-RDB

UNITED CONSUMERS, INC.

    Defendant.                        JULY 23, 1014

## NOTICVE OF DISMISSAL

Plaintiff respectfully requests the Court to Dismiss the above captioned matter

with prejudice.

                                                       THE PLAINTIFF

                                                       BY/S/Bernard T. Kennedy
                                                     Bernard T. Kennedy, Esquire
                                                     The Kennedy Law Firm
                                                     Mitchells Chance Road,
                                                     Suite #244
                                                     Edgewater, MD 21037
                                                     Ph   (443) 607-8901
                                                     Fax (443) 440-6372
                                                     Fed. Bar # Md26843
                                                     bernardtkennedy@yahoo.com

*CERTIFICATION*

I hereby certify that on 7/23/14 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy